UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> *Plaintiff,* <br><br> vs. <br><br> LEROY PERALES, INDIVIDUALLY AND <br> D/B/A OASIS LOUNGE, <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:16cv1975 |

Order of Adoption

On August 2, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (21). Defendant filed objections (22). The memorandum and recommendation is adopted as this court's order. Final Judgment will be entered in favor of J&J Sports Productions, Inc. against Leroy Perales, Individually and d/b/a Oasis Lounge in the amount of $11,200.0.

Signed _____09 · 15_____, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge