UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| J&J Sports Productions, Inc., § § Plaintiff, § § versus § § Leroy Perales, § § Defendant. § | Civil Action H-16-1975 |

## Order of Adoption

On October 30, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (29). Leroy Perales filed objections (30). The memorandum and recommendation is adopted as this court's order. Perales's motion for a new trial is denied (27).

Signed on November 30, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge